AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bates, John D. | **2. Court or Organization**<br><br>U.S. District Court for the District of Columbia | **3. Date of Report**<br><br>5/11/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Article III (senior) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

333 Constitution Avenue NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Georgetown University Law Center, income for teaching | $12,000.00 |
| 2. | 2015 | University of Arizona, Rogers School of Law, income for teaching | $3,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Maret School, Washington DC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Morgan Stanley Smith Barney - IRA - C: | | | | | | | | | |
| 3. -- Engility Holdings - Common | | None | | | Sold | 01/15/15 | J | A | |
| 4. -- Auto Data Proc - Common | A | Dividend | K | T | | | | | |
| 5. -- Bank of Amer. - Preferred | B | Dividend | K | T | Buy | 10/23/15 | K | | |
| 6. -- Amer Cap Str (Ltd) - Common | | None | | | Sold | 01/15/15 | K | A | |
| 7. -- Adobe Sys. - Common | | None | K | T | | | | | |
| 8. -- Apple Inc. - Common | A | Dividend | K | T | | | | | |
| 9. -- Bank of Amer. - Common | A | Dividend | J | T | | | | | |
| 10. -- Bristol Myers Squibb - Common | A | Dividend | | | Sold | 04/08/15 | L | E | |
| 11. -- BT Group PLC - Common | A | Dividend | | | Sold | 01/21/15 | K | C | |
| 12. -- Cisco Sys. Common | A | Dividend | K | T | | | | | |
| 13. -- Chevron Corp. Common | B | Dividend | K | T | | | | | |
| 14. -- CINN Financial Corp. Common | B | Dividend | L | T | | | | | |
| 15. -- Illinois Tool Works Common | B | Dividend | L | T | | | | | |
| 16. -- Dow Chem Common | B | Dividend | K | T | Sold (part) | 12/09/15 | J | C | |
| 17. -- Clearbridge Energy MLP Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Enterprise Prod. - Common | B | Dividend | K | T | | | | | |
| 19. -- Fiserv Inc. - Common | | None | J | T | | | | | |
| 20. -- HP Inc. - Common | A | Dividend | J | T | | | | | |
| 21. -- Hewlett Packard Enter. - Common | A | Dividend | K | T | Spinoff (from line 20) | 10/30/15 | J | | |
| 22. -- Home Depot - Common | B | Dividend | L | T | | | | | |
| 23. -- HCC Ins. Hldgs. - Common | A | Dividend | | | Sold | 06/10/15 | K | E | |
| 24. -- Int'l Game Tech. - Common | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 25. -- JP Morgan Chase & Co. - Common | B | Dividend | K | T | | | | | |
| 26. -- Johnson & Johnson - Common | B | Dividend | K | T | | | | | |
| 27. -- L3 Communications - Common | A | Dividend | J | T | | | | | |
| 28. -- Marriott Int'l - Common | A | Dividend | K | T | | | | | |
| 29. -- McDonalds - Common | B | Dividend | K | T | | | | | |
| 30. -- MetLife - Common | A | Dividend | J | T | | | | | |
| 31. -- Morgan Stanley - Common | A | Dividend | J | T | | | | | |
| 32. -- Vodaphone Group - Common | A | Dividend | J | T | | | | | |
| 33. -- Omnicon - Common | A | Dividend | K | T | | | | | |
| 34. -- Pfizer - Common | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Pepsi Co. - Common | C | Dividend | L | T | Buy | 04/08/15 | L | | |
| 36. -- Principal Fin'l - Common | A | Dividend | J | T | | | | | |
| 37. -- Procter & Gamble - Common | B | Dividend | K | T | | | | | |
| 38. -- Apollo Inv. Corp. | B | Interest | K | T | Buy | 10/23/15 | K | | |
| 39. -- Maiden Hldgs. NA | B | Interest | K | T | Buy | 10/23/15 | K | | |
| 40. -- CSX Corp. - Common | A | Dividend | K | T | | | | | |
| 41. -- MS Liquid Asset Fund | A | Interest | N | T | | | | | |
| 42. -- Verizon Common | B | Dividend | K | T | | | | | |
| 43. -- First TR MLP & ENRG fund | B | Dividend | K | T | | | | | |
| 44. --Ishares Russell 2000 ETF | A | Dividend | L | T | | | | | |
| 45. --Blackrock - Common | A | Dividend | K | T | | | | | |
| 46. --CDK Global - Common | A | Dividend | | | Sold | 02/12/15 | J | D | |
| 47. --Occidental Petroleum - Common | B | Dividend | K | T | | | | | |
| 48. -- Qwest Corp. Cap. Sec. | B | Interest | K | T | Buy | 10/23/15 | K | | |
| 49. Morgan Stanley Smith Barney - Joint: | | | | | | | | | |
| 50. -- AXA Equitable Life Annuity | | None | K | T | | | | | |
| 51. -- AES Corp. Common | A | Dividend | | | Sold | 10/26/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Amer. Tower Corp. - Class A | A | Dividend | J | T | | | | | |
| 53.  -- Barclays Bank - Preferred | B | Dividend | K | T | | | | | |
| 54.  --Morgan Stanley Cash Fund | A | Interest | L | T | | | | | |
| 55.  -- Davita Inc. - Common | | None | J | T | | | | | |
| 56.  -- Electronics for Imaging - Common | | None | J | T | | | | | |
| 57.  -- Energy Transfer Ptns LP - Common | A | Dividend | J | T | | | | | |
| 58.  -- Gugg, Zacks Adv 30 Unit Inv. Trust | A | Dividend | K | T | Buy | 07/24/15 | K | | |
| 59.  -- Gugg, Zacks Adv 25 Unit Inv. Trust | A | Dividend | | | Sold | 07/24/15 | K | A | |
| 60.  -- Fiserv Inc. Common | | None | K | T | Sold (part) | 04/16/15 | J | D | |
| 61.  -- Halliburton Co. Hldgs. - Common | A | Dividend | J | T | | | | | |
| 62.  -- Qwest Corp - Common | B | Dividend | K | T | | | | | |
| 63.  -- Intuit Inc. - Common | A | Dividend | J | T | | | | | |
| 64.  -- MD Cmnty Dev. Res. Bond | A | Dividend | | | Sold | 03/24/15 | J | A | |
| 65.  --Time Inc. - Common | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 66.  -- Powershares Ex-Traded Fund Dynamic Biotech & Genome | A | Dividend | J | T | | | | | |
| 67.  -- Time Warner - Common | A | Dividend | J | T | Sold (part) | 05/26/15 | J | D | |
| 68.  -- Unum Group - Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- United Health - Common | A | Dividend | K | T | Sold (part) | 03/04/15 | J | C | |
| 70. -- Endurance Spec - Preferred | A | Dividend | | | Redeemed | 12/24/15 | J | A | |
| 71. -- Western Union - Common | A | Dividend | J | T | | | | | |
| 72. -- Wash. Sub. San. Dt. MD Bond | B | Interest | L | T | | | | | |
| 73. -- Unit AAM Navellier Unit Inv. Tr. | B | Dividend | K | T | | | | | |
| 74. Morgan Stanley Smith Barney - IRA - J: | | | | | | | | | |
| 75. -- AT&T Inc. - Common | B | Dividend | K | T | | | | | |
| 76. -- Cameron Int'l - Common | | None | | | Sold | 01/15/15 | J | A | |
| 77. -- Centerpoint Energy - Common | A | Dividend | J | T | | | | | |
| 78. -- Colgate Palmolive - Common | B | Dividend | L | T | | | | | |
| 79. -- Conagra Foods - Common | A | Dividend | J | T | Sold (part) | 06/19/15 | J | C | |
| 80. -- HCC Ins. Holdings - Common | A | Dividend | | | Sold | 06/10/15 | J | C | |
| 81. -- Hain Celestrial Group - Common | | None | J | T | | | | | |
| 82. -- IShares TR-DJ Transp. Index Fund | A | Dividend | J | T | | | | | |
| 83. -- IShares TR Global Ind. Index Fund | A | Dividend | K | T | | | | | |
| 84. -- IShares Dow Jones US Health Care Providers Index Fund | A | Dividend | J | T | | | | | |
| 85. -- IBM - Common | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --Target - Common | A | Dividend | | | Sold | 04/13/15 | J | B | |
| 87. | -- Medtronic - Common | B | Dividend | L | T | | | | | |
| 88. | -- Powershares Dynamic Semiconductors | A | Dividend | J | T | | | | | |
| 89. | -- Powershares Dynamic Media Portfolio | A | Dividend | J | T | | | | | |
| 90. | -- Select Spector SPDR Energy | A | Dividend | K | T | | | | | |
| 91. | -- IShares NoAm Tech Software Index Fund | A | Dividend | K | T | | | | | |
| 92. | -- SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | A | Dividend | J | T | | | | | |
| 93. | -- SPDR SER TR KBW CAP MKTS ETF | A | Dividend | J | T | | | | | |
| 94. | -- SPDR SER TR KBW BK ETF | A | Dividend | J | T | | | | | |
| 95. | -- SPDR SER TR KBW INS ETF | A | Dividend | J | T | | | | | |
| 96. | -- United Tech Common | B | Dividend | L | T | | | | | |
| 97. | -- Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 98. | -- Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 99. | -- Vanguard Info Tech ETF | A | Dividend | J | T | | | | | |
| 100. | -- Vanguard Int'l Equity (European) ETF | A | Dividend | J | T | | | | | |
| 101. | -- Wisconsin Energy Holding Common | A | Dividend | | | Sold | 01/21/15 | J | C | |
| 102. | --Ishares Russell 2000 ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Pepsico - Common | A | Dividend | K | T | Buy | 04/13/15 | K | | |
| 104. -- MS Liquid Asset Fund | A | Interest | L | T | | | | | |
| 105. TIAA CREF Ret. Acct. (403(B) Plan Growth Annuity) - C | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 5/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 12 of 12

Name of Person Reporting

Bates, John D.

Date of Report

5/11/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John D. Bates**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544